**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  04-CR-00018-WYD-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DARRELL G. KETCHUM, JR.,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Supervising Probation Officer for the above-named Defendant has requested the Magistrate Judge to hold a Compliance Review Hearing regarding the Defendant, therefore:

**IT IS HEREBY ORDERED** that Ingrid Ault is appointed locally to represent the Defendant for the purposes of the Compliance Review Hearing.

**IT IS FURTHER ORDERED** that the Compliance Review Hearing shall be held on December 19, 2013 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado and Defendant's presence is required at the hearing.

**DATED: December 16, 2013.**

                                                **BY THE COURT:**

                                                **s/David L. West**
                                                **United States Magistrate Judge**