UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00018-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARRELL G. KETCHUM, JR.,

    Defendant.
_____

## ORDER OF REFERENCE
_____
ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Pursuant to the Durango Pilot Program, the Supervised Release Revocation Hearing set for March 28, 2014 at 8:30 a.m. in Durango, Colorado is hereby referred to Magistrate Judge West for a Report and Recommendation.  The Sentencing Hearing will then be held by District Judge Brimmer in April 2014.  Accordingly, this matter is designated as a "Durango Case" and shall be flagged in CM/ECF as "DUR PP" and manually entered onto the Durango Pilot Program Calendar in CEO.

    Dated:  March 4, 2014