**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  04-CR-00018-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  DARRELL KETCHUM, JR.,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant appeared for a bond review on October 1, 2014 and as a result,

**IT IS HEREBY ORDERED** that Defendant's bond is revoked until such time he can be accepted into the Redpine inpatient program in Ft. Duchene, Utah.

**IT IS FURTHER ORDERED** this matter is set for hearing again on October 3, 2014 at 9:00 a.m. for further proceedings.

**DATED: October 1, 2014.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**