**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  04-CR-00018-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. DARRELL KETCHUM, JR.,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that the La Plata County Jail shall allow the Defendant to make phone calls to Stout Street Drug Treatment Center for the purposes of an interview with Kahiliah (Extension #230) to apply for entry into the treatment center.  The toll free phone numbers are: (303) 316-4523 and (303) 316-4524.

     **IT IS FURTHER ORDERED** that the Defendant must call into Stout Street at 1:30 p.m. on October 7, 2014.

**DATED: October 6, 2014.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**